IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01298-EWN-BNB

ANCELMO GASCA-MENDOZA,

Plaintiff,

v.

GRAND MESA EGGS d/b/a Hudson Pullet Farms,

Defendant.

_____

**ORDER**
_____

     I am informed that this case has been resolved.  Accordingly,

     IT IS ORDERED that on or before **November 6, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

     Dated October 16, 2007.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge